UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | NO.   CR-11-0151-WFN-1 |
| -vs- | ) ) | ORDER |
| LEONA LOUISE SUTTON, | ) ) | |
| Defendant. | ) ) | |

A final pretrial conference and motion hearing was held January 30, 2012. The Defendant, who is in custody, was present and represented by Matt Campbell; Assistant United States Attorney George Jacobs, III represented the Government.

The Court addressed pending pretrial motions. The Court has reviewed the file and motions and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

1. Defendant's Motion in Limine, filed January 5, 2012, **ECF No. 37**, is **GRANTED IN PART and DENIED IN PART** for the reasons stated at the hearing. Evidence of (1) methamphetamine use, (2) a stolen firearm, and (3) a "hit list" shall be **EXCLUDED**. Evidence of slashed tires is **ADMISSIBLE**.

2. Defendant's Motion in Limine Regarding the Use of the Term "Victim", filed January 9, 2012, **ECF No. 53**, is **DENIED** for the reasons stated at the hearing.

3. Defendant's Motion to Protect Victim's Rights by Allowing Alleged Victim to Attend All Portions of Trial, filed January 9, 2012, **ECF No. 55**, is **GRANTED** for the reasons stated at the hearing.

ORDER - 1

4. Defendant's Motion in Limine Regarding Medical Testimony, filed January 27, 2012, **ECF No. 85**, is **DENIED** for the reasons stated at the hearing.

5. The Court **RESERVES RULING** on the Government's Motion in Limine Re: Exclusion of Victim's Statements That He Did Not Want to Press Charges Against Defendant, filed January 6, 2012, **ECF No. 43**.

6. The Government's Motion in Limine Re: Exclusion of Lay Witness Opinion Regarding Defenant's Intent, filed January 6, 2012, **ECF No. 46**, is **GRANTED** for the reasons stated at the hearing.

7. The Court **RESERVES RULING** on the Government's Motion in Limine Re: Use of Leading Questions, filed January 6, 2012, **ECF No. 50**.

8. The Court **RESERVES RULING** on the Defendant objection of the Government's proposed video of the firearm test fire.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 31st day of January, 2012.

01-30-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2