PROB 12C
(6/16)

Report Date: November 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leona Louise Sutton            Case Number: 0980 2:11CR00151-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 12, 2012

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153(a), 113(a)(3); Discharge of Firearm During Commission of Crime of Violence, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Federal Defenders Office |

Date Supervision Commenced: June 2, 2020

Date Supervision Expires: June 1, 2023

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Ms. Sutton violated the terms of her supervised release by using a controlled substance, to wit methamphetamine, on or about October 29, 2021.

Ms. Sutton's conditions of supervised release were reviewed with her on June 5, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.

On November 3, 2021, the undersigned made contact with Ms. Sutton at her residence. The undersigned inquired if Ms. Sutton would provide a urinalysis specimen and she replied she would not. Subsequently, the undersigned inquired if she had remained abstinent from illicit substances, in which Ms. Sutton admitted to the undersigned, and via a written statement, that she last used methamphetamine on or about October 29, 2021.

Prob12C
**Re: Sutton, Leona Louise**
**November 23, 2021**
**Page 2**

| | |
|---|---|
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: It is alleged that Ms. Sutton violated the terms of her supervised release by failing to report to the probation office as directed on November 15, 2021.

Ms. Sutton's conditions of supervised release were reviewed with her on June 5, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.

On November 3, 2021, the undersigned made contact with Ms. Sutton at her residence. In response to Ms. Sutton's admitted methamphetamine use, she was directed to report to the U.S. Probation Office on November 15, 2021, to discuss a plan of action for this transgression. Ms. Sutton was provided the undersigned's business card with the time and date of the appointment, and she committed to attending the appointment. Ms. Sutton failed to report and/or contact the undersigned as directed on November 15, 2021. The undersigned's subsequent attempts to contact Ms. Sutton have gone unreturned and she appears to be evading supervision.

| | |
|---|---|
| 3 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Ms. Sutton violated the terms of her supervised release by failing to enter into and/or successfully complete substance abuse treatment program.

Ms. Sutton's conditions of supervised release were reviewed with her on June 5, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.

On October 14, 2021, Ms. Sutton reported to the Colville Tribe Behavioral Health Program for the purpose of obtaining a substance abuse evaluation. As a part of the evaluation process, Ms. Sutton was informed a urinalysis was to be collected. Thereafter, the evaluator noted Ms. Sutton became aggressive in verbal speech, irritated, and ultimately departed the evaluation before it was completed, and no urinalysis was collected. Ms. Sutton did report back to the treatment provider on October 27, 2021, in which she was recommended to participate in substance abuse treatment. On November 18, 2021, the treatment provider informed the undersigned that Ms. Sutton had failed to commence treatment, and their attempts to contact her had been unsuccessful.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Sutton, Leona Louise**
**November 23, 2021**
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/23/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/23/2021
Date