# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Sutton, Leona Louise | Docket No. | 0980 2:11CR00151-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Leona Louise Sutton, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington on the 29th day of March 2022, under the following conditions:

**Additional Special Condition #11**: Defendant shall immediately enter into and successfully complete an inpatient treatment program at the inpatient facility at SPARC. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation of treatment program, Defendant shall provide wavers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 29, 2022, Ms. Sutton appeared before Your Honor for the purpose of a detention hearing. As a part of the hearing, Ms. Sutton was advised as to her additional conditions imposed by the Court.

**Violation #1**: Ms. Sutton is alleged to have violated additional condition number 11 by being terminated from inpatient treatment with Spokane Addiction Recovery Centers (SPARC) in Spokane, as previously occurring on April 1, 2022, and by failing to surrender to the Spokane County Jail as directed by the U.S. Probation Office on April 1, 2022.

Specifically, on April 1, 2022, the U.S. Probation Office in Spokane received notification from the client's then inpatient treatment provider that the client was being terminated from the program unsuccessfully on the day in question due to the client's exhibited inappropriate behavior and conduct while within the program. U.S. Probation Office Erik Carlson spoke with the client telephonically on the day in question and directed her to surrender to the Spokane County Jail given her unsuccessful discharge from Court ordered services, and given the Court's standing order that Ms. Sutton be returned to custody following her completion of treatment services. Ms. Sutton indicated her understanding and committed to doing so.

As of the date of this report, Ms. Sutton has not surrendered to the Spokane County Jail as directed and her current circumstances are unknown to the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    April 4, 2022 |
| by | s/ Chris Heinen |
| | Chris Heinen
U.S. Pretrial Services Officer |

Re: **Sutton, Leona Louise**
April 4, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

4/4/2022

Date