PROB 12C
(6/16)

Report Date: March 23, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leona Louise Sutton          Case Number: 0980 2:11CR00151-WFN-1

Address of Offender: ███████████████, Keller, Washington 99140

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 12, 2012

Original Offense:   Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153(a), 113(a)(3); Discharge of Firearm During Commission of Crime of Violence, 18 U.S.C. § 924(c)(1)(A)

Original Sentence:  Prison - 120 months          Type of Supervision: Supervised Release
                    TSR - 36 months

Revocation sentence:   Prison - 5 months
(October 27, 2022)     TSR - 18 months

Asst. U.S. Attorney:  George J.C. Jacobs, III    Date Supervision Commenced: January 19, 2023

Defense Attorney:     Kathryn Patricia Lucido    Date Supervision Expires: July 18, 2024

## PETITIONING THE COURT

To issue a warrant.

On January 23, 2023, Ms. Sutton's conditions of supervised release were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: It alleged that Ms. Sutton has violated the above stated condition by failing to report to the undersigned via telephone on February 15 and 22, 2023 and March 1, 8, and 15, 2023. It is further alleged that Ms. Sutton failed to report to the U.S. Probation Office on March 22, 2023. |
| | On February 8, 2023, the undersigned spoke with Ms. Sutton via telephone and after she stated that she would not be available for a home contact on February 10, 2023, the undersigned instructed Ms. Sutton to contact the undersigned every subsequent Wednesday |

Prob12C
**Re: Sutton, Leona Louise**
**March 23, 2023**
Page 2

via telephone until directed otherwise. Ms. Sutton has failed to contact the undersigned every subsequent Wednesday via telephone as instructed.

On March 15, 2023, the undersigned attempted to make contact with Ms. Sutton at her last reported address. At that time, it was reported by the female at this residence that Ms. Sutton does not reside at this residence and most likely resides at her previous address of 342 Sanpoil Homes Keller, Washington. The undersigned provided this female with contact information and requested that should she see and/or speak with Ms. Sutton, to have her contact the undersigned as soon as possible. Shortly thereafter, the undersigned attempted to make contact with Ms. Sutton at her previous address, though nobody answered the door. The undersigned left a business card with an appointment time and date to report to the U.S. Probation Office on March 22, 2023. Ms. Sutton failed to report to the probation office on March 22, 2023, and/or contact the undersigned in any manner. Ms. Sutton's whereabouts are currently unknown and she appears to be evading supervision.

2       **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Ms. Sutton violated the above stated condition by failing to notify the U.S. Probation Office of a change of address on or about March 1, 2023.

On February 8, 2023, Ms. Sutton reported a change of address to the undersigned. On March 15, 2023, the undersigned attempted to make contact with Ms. Sutton at her last reported address. A female, who identified herself as Ms. Sutton's cousin, stated that Ms. Sutton is not residing at this address as she moved out, "a couple weeks ago." The cousin stated Ms. Sutton is most likely residing at her previous address with her son. The undersigned attempted to make contact with Ms. Sutton at this address without success. Ms. Sutton's whereabouts are currently unknown and she appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 23, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Sutton, Leona Louise
March 23, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____3/23/2023_____
Date